# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### UNITED STATES COURTHOUSE
### DENVER, COLORADO 80294

ZITA L. WEINSHIENK
SENIOR JUDGE

303-844-2784

August 31, 2004

Judge Mary M. Lisi, Chair
Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, DC 20544

Re: 2003 Report

Dear Judge Lisi and Committee:

In response to Judge Mary M. Lisi's letter of August 2, 2004, I respond as follows:

1.  Part VII, page 1, line 3: ███Eagle County, Colorado. ( I was instructed previously not to disclose the location of my████home.)

2.  Part VII, page 1, lines 6, 12, and 15:
    Column C:  change my report to leave Column C blank. These assets were entirely disposed of, or redeemed, on the date shown, during the reporting period.
    Column D is correct.

Thank you.



ZLW:jeb

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Weinshienk, Zita L | 2. Court or Organization  U.S. District Court - Colorado | 3. Date of Report  5/13/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Senior | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  901 - 19th Street, A841  Denver, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 MAY 19 A 11: 55 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1.    2003 | PERA, State of Colorado Pension Plan | 16,029.44 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.    2003 | Pension, Dean Witter |
| 2.    2003 | Retired Stockbroker (retired July 1998) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.   (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☐ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Standard Federal Bank | co-signed loan on ██████ home in Oregon | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinshienk, Zita L | 5/13/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Scottish Power | B | Dividend | K | T | | | | | |
| 2. Putnam High Yield Trust (IRA) | C | Dividend | K | T | | | | | |
| 3. ████ home ████ | D | Rent | O | W | | | | | |
| 4. Lord Abbott Tax Free Income Fund, Inc. | B | Dividend | K | T | | | | | |
| 5. Vanguard Municipal Bond Fund | B | Dividend | K | T | | | | | |
| 6. Colo. Housing Fin. Auth. Multi. Fam. Mortg. Bd., due 10/1/29 | B | Interest | K | T | Redeemed | 10/01 | K | B | — |
| 7. Franklin Colo. Tax-Free Income Tax Fund, Inc. | B | Dividend | K | T | Buy | 5/05 | K | | — |
| 8. Van Kampen High Yield (IRA) | B | Dividend | M | T | | | | | |
| 9. US Alliance Fed. Cred. Union Svgs. Acct. - (was US Consol) | A | Interest | J | T | | | | | |
| 10. Bank One - Checking Accounts | A | Interest | K | T | | | | | |
| 11. Boston Capitol Tax Credit Fund | A | Int. | K | T | | | | | |
| 12. Auraria Higher Ed. Rev. Bond, due 4/01/12 | B | Interest | K | T | Redeemed | 4/01 | K | B | — |
| 13. LPL Money Market - CLOSED | A | | J | T | | | | | |
| 14. ████ LISTED BELOW | A | | J | T | | | | | |
| 15. ● Nuveen (Various) - *forgot to show redeemed in 2002 | B | Interest | K | T | Redeemed * | 2002* | K | B | — |
| 16. ● Putnam High Yield Fund (Tax Deferred) | B | Dividend | N | T | | | | | |
| 17. ● LPL Money Market | B | Interest | K | T | | | | | |
| 18. ● Franklin Colorado Tax Free Fund | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinshienk, Zita L | 5/13/2004 |

## VII.  INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19.  Sears | ▓▓ | Dividend | ▓ | ▓▓ | | | ▓▓ | ▓▓ | |
| 20.  Allstate | ▓▓ | Dividend | ▓▓ | ▓▓ | | | ▓▓ | ▓▓ | |

1. Income/Gain Codes:      A  = $1,000 or less         B  = $1,001-$2,500        C  = $2,501-$5,000        D  = $5,001-$15,000         E  = $15,001-$50,000
   (See Columns B1 and D4)   F  = $50,001-$100,000   G  = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J  = $15,000 or less       K  = $15,001-$50,000       L  = $50,001-$100,000       M  = $100,001-$250,000
   (See Columns C1 and D3)   N  = $250,000-$500,000   O  = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                         P4 = $More than $50,000,000
3. Value Method Codes        Q  = Appraisal             R  = Cost (Real Estate Only)   S  = Assessment          T  = Cash/Market
                             U  = Book Value            V  = Other                     W  = Estimated

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████                    Date _May 13, 2004_

NOTE: ████ VIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SU ████ CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544